UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa M. Brabbit as trustee for the next of kin of LMJ, | Case No. 21-cv-824 (WMW/JFD) |
| Plaintiff, | **PROPOSED ORDER FOR PARTIAL DISMISSAL** |
| vs. | |
| Bree Meduna, in her individual capacity, Jessica Betlach, and County of Hennepin, Minnesota, | |
| Defendants. | |

Based upon the terms of the Stipulation for Partial Dismissal [ECF No. 31], IT IS HEREBY ORDERED that Count Two of Plaintiff's Complaint for *Monell* liability against Hennepin County shall be dismissed with prejudice and without costs or attorneys' fees to any party. No other aspect of Plaintiff's Complaint shall be dismissed pursuant to this Stipulation and Order.

BY THE COURT:

Dated: _____      _____
Hon. Wilhelmina M. Wright
United States District Judge